United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANDREW J. MITCHELL | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | 3:26-cv-126 |
| | § | |
| YES CAPITAL GROUP LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER REFERRING CASE

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non-dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for Report and Recommendation to this court.

All trial deadlines before this court remain in effect.

Signed on Galveston Island this 23rd day of April, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1