**Andrew J. Mitchell**
LA DOC # 782047

Jackson Parish Jail

1828 Gansville Road

Jonesboro, LA 71251

United States Courts
Southern District of Texas
F I L E D

MAY 1 5 2026

Nathan Ochsner, Clerk of Court

May 11, 2026

Clerk of Court
United States District Court
Southern District of Texas, Galveston Division
601 Rosenberg Street, Room 411
Galveston, Texas 77550

Re:  *Mitchell v. Yes Capital Group LLC, et al.,* **Case No. 3:26-cv-00126**
    *Filings tendered for docketing*

Dear Clerk of Court:

Enclosed for filing in the above-referenced action please find the following documents tendered by Plaintiff Andrew J. Mitchell, appearing pro se:

1. Plaintiff's Objection to the Magistrate Judge's Memorandum and Recommendation (Dkt. 10);

2. Plaintiff's Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 1915(e)(1), with Proposed Order; and

3. Plaintiff's Motion to Stay the Conditional Dismissal Deadline and All Proceedings Pending Ruling on the Objection and the Motion for Appointment of Counsel, with Proposed Order.

Plaintiff is incarcerated at Jackson Parish Jail in Jonesboro, Louisiana, and is appearing pro se. Plaintiff respectfully requests that the Clerk docket the enclosed filings in the order listed above and bring them to the attention of the Honorable Jeffrey V. Brown, United States District Judge, and the Honorable Andrew M. Edison, United States Magistrate Judge.

Plaintiff further requests that the Clerk transmit conformed copies of the filed documents to Plaintiff at the address set forth above by such means as the Clerk customarily uses for pro se litigants confined in a correctional facility.

Thank you for your attention to this matter.

Respectfully,

**Andrew J. Mitchell**

Plaintiff, pro se

**Enclosures:** As listed above