United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| ANDREW J. MITCHELL, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:26-cv-00126 |
| | § | |
| YES CAPITAL GROUP LLC, *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Andrew Mitchell is proceeding in forma pauperis. *See* Dkt. 8. Accordingly, the U.S. Marshals are responsible for effectuating service on the defendants in this case. *See id.* There are two named defendants: (1) Yes Capital Group LLC and (2) Maurice Mosseri.

On July 27, 2026, the U.S. Marshals filed a return for both defendants as unexecuted after three separate attempts. *See* Dkts. 18, 19.

The Fifth Circuit has held that "a plaintiff proceeding in forma pauperis is entitled to rely upon service by the U.S. Marshals and should not be penalized for failure of the Marshal's Service to properly effect service of process, where such failure is through no fault of the litigant." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). Where, however, "the failure of the Marshal's Service to properly serve [a defendant] was due to any dilatoriness or fault on the part of [the plaintiff,]" a district court may properly dismiss a plaintiff's claims against that defendant. *Id.* "At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent service defects of which a plaintiff has knowledge." *Id.*

I will give Mitchell until <u>Monday, August 31, 2026</u>, to either request new summonses or move for alternate service upon the defendants in this case. **If Mitchell has not requested a new summons or moved for alternate**

**service for any defendant by <u>Monday, August 31, 2026</u>, I will recommend that Mitchell's claims against that defendant be dismissed.**

SIGNED this 28ᵀᴴ day of July 2026.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE