IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANDREW J. MITCHELL.,<br><br>Plaintiff,<br>v.<br><br>YES CAPITAL GROUP LLC and MAURICE MOSSERI,<br><br>Defendants. | NO. 3:26-cv-00126<br><br>DECLARATION OF MAURICE MOSSERI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

I, Maurice Mosseri, declare under penalty of perjury of the laws of the State of Texas that the following is true and correct:

1. I am over the age of 18 and am otherwise competent to make this declaration. This declaration is based on my own personal knowledge.

2. I was an employee of YES CAPITAL GROUP LLC (YES) in 2022 during the times mentioned in plaintiff's complaint, as amended. YES is a business engaged in the purchase of business accounts receivables.

3. On behalf of YES and in my capacity as an employee of YES, I was the primary point of contact and engaged in communications regarding an Agreement between YES and Mitchell Adjusting International LLC. The communications were done in my capacity as a YES employee, and not in my capacity as an individual.

5. I do not file or otherwise pay taxes in Texas.

6. I do not possess any license issued by the state of Texas.

7. I do not own any real property in Texas.

8. I am not registered to do business in Texas, and I do not have a registered agent for service of process in Texas.

9. I do not possess or maintain an office in Texas.

DATED this 2nd day of September, 2026 in Brooklyn, New York.

Maurice Mosseri



Scanned with CamScanner

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the plaintiff listed below:

**Andrew J. Mitchell**
**LA Doc# 782047**
**1828 Gansville Road**
**Jonesboro Lousiana 71251**
**(Plaintiff *pro se*)**

DATED this 3rd day of September, 2026.

ROBERT MELAMED, ESQ.
Attorney for Defendants
(Admission *pro hac vice*)
1502 Kings Highway
Brooklyn, NY 11229
(718) 375-5078